UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| IN RE:<br>JMARRCO BRIEZ BANKS<br>3060 MATLOCK DR<br>FLORISSANT, MO 63031<br>    **Debtor** | ) CASE NO: 19-47079-399<br>)<br>) Chapter 13<br>)<br>)<br>) |

**NOTICE OF TRUSTEE'S INTENT TO PAY CLAIMS**

Comes now DIANA S. DAUGHERTY, Standing Chapter 13 Trustee in Bankruptcy herein and states to the Court that she has examined claims filed herein and proposes to pay filed claims in the amount and as part of the class all as described herein.

| CREDITOR | AMOUNT | DISB CODE/CLASSIFICATION |
|---|---|---|
| LAW OFFICES OF TOBIAS LICKER<br>1861 SHERMAN DR<br>ST CHARLES, MO 63303 | 2,400.00 | 25/ADDITIONAL ATTORNEY FEE<br>ACCT:<br>COMM:<br>REG PYMT: $0.00<br>INT RATE: 0.00 |
| LAW OFFICES OF TOBIAS LICKER<br>1861 SHERMAN DR<br>ST CHARLES, MO 63303 | 2,355.00 | 16/ATTORNEY FEE<br>ACCT:<br>COMM:<br>REG PYMT: $130.84<br>INT RATE: 0.00 |
| CREDIT ACCEPTANCE CORP<br>25505 W 12 MILE RD<br>STE 3000<br>SOUTHFIELD, MI 48034-8339 | 19,884.47 | 20/Secured - Motor Vehicle<br>ACCT: 0103<br>COMM: #1/100% 59MO/17 IMPALA<br>REG PYMT: $399.31<br>INT RATE: 7.00 |
| US BANK NA<br>4801 FREDERICA ST<br>OWENSBORO, KY 42301-7441 | 0.00 | 10/Home Mortgage Payment<br>ACCT: 3372<br>COMM: #5 1D/T 3060 MATLOCK<br>REG PYMT: $720.38<br>INT RATE: 0.00 |

| CREDITOR | AMOUNT | DISB CODE/CLASSIFICATION |
|---|---|---|
| US BANK NA<br>4801 FREDERICA ST<br>OWENSBORO, KY  42301-7441 | 4,997.14 | 20/Mortgage Arrearage<br>ACCT: 3372<br>COMM: #5 48MO 3060 MATLOCK<br>REG PYMT: $104.11<br>INT RATE: 0.00 |
| AMEREN MISSOURI<br>PO BOX 88068<br>CHICAGO, IL  60680-1068 | 0.00 | 40/Unsecured<br>ACCT: 0234<br>COMM:<br>REG PYMT: $0.00<br>INT RATE: 0.00 |
| MISSOURI AMERICAN WATER CO<br>PO BOX 790247<br>ST LOUIS, MO  63179-0247 | 0.00 | 40/Unsecured<br>ACCT: 9179<br>COMM:<br>REG PYMT: $0.00<br>INT RATE: 0.00 |
| BJC HEALTH CARE<br>PO BOX 958410<br>ST LOUIS, MO  63195-8410 | 0.00 | 40/Unsecured<br>ACCT: 6405<br>COMM:<br>REG PYMT: $0.00<br>INT RATE: 0.00 |
| QUANTUM3 GROUP LLC<br>PO BOX 788<br>KIRKLAND, WA  98083-0788 | 731.17 | 40/Unsecured<br>ACCT: 6756<br>COMM: #6 COMENITY/BIG LOT<br>REG PYMT: $0.00<br>INT RATE: 0.00 |
| COMENITY BANK<br>PO BOX 182120<br>COLUMBUS, OH  43218-2120 | 0.00 | 40/Unsecured<br>ACCT: 9805<br>COMM: BIG LOT<br>REG PYMT: $0.00<br>INT RATE: 0.00 |
| MIDWEST RADIOLOGICAL ASSOC<br>PO BOX 38900<br>ST LOUIS, MO  63138-8900 | 0.00 | 40/Unsecured<br>ACCT: 7321<br>COMM:<br>REG PYMT: $0.00<br>INT RATE: 0.00 |

NOTICE OF TRUSTEE'S INTENT TO PAY CLAIMS  Page 3
CASE NO: **19-47079-399**

| CREDITOR | AMOUNT | DISB CODE/CLASSIFICATION |
|---|---|---|
| PNC BANK<br>11410 OLIVE BLVD<br>ST LOUIS, MO  63141 | 0.00 | 40/Unsecured<br>ACCT: 6882<br>COMM:<br>REG PYMT: $0.00<br>INT RATE: 0.00 |
| SPEEDY CASH/RAPID CASH<br>PO BOX 780408<br>WICHITA, KS  67278-0408 | 727.16 | 40/Unsecured<br>ACCT: 9019<br>COMM: #4<br>REG PYMT: $0.00<br>INT RATE: 0.00 |
| SPIRE MISSOURI INC<br>700 MARKET ST<br>2ND FL<br>ST LOUIS, MO  63101-1829 | 198.88 | 40/Unsecured<br>ACCT: 9019<br>COMM: #2<br>REG PYMT: $0.00<br>INT RATE: 0.00 |
| SSM HEALTH CARE<br>1145 CORPORATE LAKE DR<br>ST LOUIS, MO  63132-2907 | 0.00 | 40/Unsecured<br>ACCT: 8432<br>COMM:<br>REG PYMT: $0.00<br>INT RATE: 0.00 |
| SSM HEALTH<br>PO BOX 955978<br>ST LOUIS, MO  63195-5978 | 0.00 | 40/Unsecured<br>ACCT: 8432<br>COMM:<br>REG PYMT: $0.00<br>INT RATE: 0.00 |
| TOTAL ACCESS URGENT CARE<br>12616 LAMPLIGHTER SQ SHPG CTR<br>ST LOUIS, MO  63128 | 0.00 | 40/Unsecured<br>ACCT: 1633<br>COMM:<br>REG PYMT: $0.00<br>INT RATE: 0.00 |
| MERRICK BANK<br>PO BOX 10368<br>C/O RESURGENT CAPITAL SVCS<br>GREENVILLE, SC  29603-0368 | 706.22 | 40/Unsecured<br>ACCT: 6104<br>COMM: #3<br>REG PYMT: $0.00<br>INT RATE: 0.00 |

| CREDITOR | AMOUNT | DISB CODE/CLASSIFICATION |
|---|---|---|
| US BANK NA<br>4801 FREDERICA ST<br>OWENSBORO, KY  42301-7441 | 200.00 | 20/Post-Petition Mortgage Supplement<br>ACCT: 3372<br>COMM: #5 60MO<br>REG PYMT: $3.34<br>INT RATE: 0.00 |

Dated: September 28, 2020      /s/ Diana S. Daugherty
STL_NTCPAYCLM -- LQ

Diana S. Daugherty
Standing Chapter 13 Trustee
P.O. Box 430908
St. Louis, MO  63143
(314) 781-8100  Fax: (314) 781-8881
trust33@ch13stl.com

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing document was filed electronically on September 28, 2020, with the United States Bankruptcy Court, and has been served on the parties in interest via e-mail by the Court's CM/ECF System as listed on the Court's Electronic Mail Notice List.

I certify that a true and correct copy of the foregoing document was filed electronically with the United States Bankruptcy Court, and has been served by Regular United States Mail Service, first class, postage fully pre-paid, addressed to those parties listed on the Court's Manual Notice List and listed below on September 28, 2020.

JMARRCO BRIEZ BANKS
3060 MATLOCK DR
FLORISSANT, MO  63031

/s/Diana S. Daugherty
Diana S. Daugherty